UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| NICOLE LOSEY,<br>Plaintiff,<br><br>vs.<br><br>PERFORMANT RECOVERY, INC.;<br>and DOES 1 through 10, inclusive,<br>Defendant. | Case No. 1:13-cv-00189-WOB<br><br>Judge William O. Bertelsman<br><br>NOTICE OF SETTLEMENT |

## NOTICE OF SETTLEMENT

Plaintiff, NICOLE LOSEY, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendants, PERFORMANT RECOVERY, INC.; and DOES 1 through 10 inclusive. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

Dated: May 9, 2013

RESPECTFULLY SUBMITTED,

By: /s/ Peter Cozmyk
Peter Cozmyk (OBN: 0078862)
Cozmyk Law Offices, LLC
6100 Oak Tree Blvd.,
Suite 200, Room #209
Independence, OH 44131
pcozmyk@hotmail.com
P: 440-292-7672

1