# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

NICOLE LOSEY,
    Plaintiff,

vs.

PERFORMANT RECOVERY, INC.;
and DOES 1 through 10, inclusive,
    Defendant.

Case No. 1:13-cv-00189-WOB

Judge William O. Bertelsman

**[PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE BETWEEN
PLAINTIFF AND DEFENDANTS**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff NICOLE LOSEY against Defendants PERFORMANT RECOVERY, INC.; and DOES 1 to 10, inclusive, are dismissed, with prejudice. Plaintiff NICOLE LOSEY and Defendants PERFORMANT RECOVERY, INC.; and DOES 1 to 10, inclusive shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: _July 7, 2013_

_William O. Bertelsman_
United States District Judge